# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

JULIE F.,[1]

        Plaintiff,

        v.

NANCY A. BERRYHILL,
Acting Commissioner of Social
Security,

        Defendant.

Case No. ED CV 17-2065 MRW

JUDGMENT

    It is the judgment of this Court that the decision of the Administrative Law Judge is AFFIRMED. Judgment is hereby entered in favor of Defendant.

Date: September 19, 2018

_____
HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE

---

    [1]    Partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.